IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACKIE S. CHAIRES,

    Plaintiff,

vs.                              CASE NO.: 4:05-CV-285-SPM

HEALTHSOUTH CORPORATION,
a foreign corporation, d/b/a
HealthSouth Rehabilitation
Hospital of Tallahassee,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Joint Stipulation and Notice of Voluntary Dismissal with Prejudice" (doc. 19) filed April 24, 2006 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice.

2.    Each party shall bear its own attorney's fees and costs.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of April, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge